# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 6, 2023

## NO. 03-21-00377-CV

**Continental Imports, Inc., d/b/a Mercedes-Benz of Austin, Appellant**

**v.**

**Mercedes-Benz USA, LLC; Board of the Texas Department of Motor Vehicles, Whitney Brewster, in her official capacity as Executive Director of the Texas Department of Motor Vehicles; and Swickard Austin, LLC d/b/aMercedes-Benz of South Austin, Appellees**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the final order signed by the Board of the Texas Department of Motor Vehicles on April 26, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in order. Therefore, the Court affirms the Board's final order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.